**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETHELYN HOLMES,** | Case No. 3:09-cv-02834-L-WVG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 15th day of June, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 15th day of June, 2010, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 15th day of June, 2010, via the ECF system to:

Honorable M. James Lorenz
Judge of the United States District Court
Southern District of California

Copy sent via mail on this 15th day of June, 2010, to:

Suzanne M. Smith
Litigation Claims Associate
Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


By: s/Todd M. Friedman
      Todd M. Friedman